IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENN HEAGERTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:18-cv-01233-CAP-CMS |
| EQUIFAX INFORMATION ) | |
| SERVICES LLC and NATIONAL ) | |
| CONSUMER TELECOM & ) | |
| UTILITIES EXCHANGE, INC., ) | |
| ) | |
| Defendants. ) | |

## **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Local Rule 3.3, Plaintiff respectfully shows the Court the following:

(1) The undersigned counsel of record for Plaintiff certify that, to the best of their knowledge, the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party: Glenn Heagerty, Equifax Information Services LLC, Equifax Inc., National Consumer Telecom & Utilities Exchange, Inc.

(2) The undersigned further certifies that, to the best of their knowledge, the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: McRae Bertschi & Cole LLC.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the Plaintiff in this proceeding: Craig E. Bertschi and Charles J. Cole.

This 28th day of March, 2018.

**MCRAE BERTSCHI & COLE LLC**
Suite 200, 1350 Center Drive
Dunwoody, Georgia 30338

/s Craig E. Bertschi
Craig E. Bertschi
Georgia Bar No. 055739
ceb@mcraebertschi.com
678.999.1102

Charles J. Cole
Georgia Bar No. 176704
cjc@mcraebertschi.com
678.999.1105

*Counsel for Plaintiff*