FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 16 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

IN RE: DOCUMENTS FILED
IN THE COURT'S CM/ECF
SYSTEM DURING
MALFUNCTION ON APRIL 14-
16, 2018

: ADMINISTRATIVE ORDER

## ORDER

Due to a malfunction in the indexing system for the Northern District of Georgia's Case Management / Electronic Case Filing ("CM/ECF") system, documents associated with filings from April 14-16, 2018, more specifically identified in Appendix A to this order, were not attached to their docket entries in CM/ECF. Similarly, as the documents were not attached to their associated docket entry, they did not appear at the link contained in the notice of electronic filing. The party that filed the documents associated with each docket entry identified in Appendix A is hereby ORDERED to re-file immediately all of those documents in CM/ECF in the same manner as the party initially filed the documents. For purposes of the filing party meeting deadlines, the re-filed documents will relate back to the date of the original docket entry identified on Appendix A.

**SO ORDERED**, this __16__ day of April, 2018.

_____
THOMAS W. THRASH, JR.
CHIEF UNITED STATES DISTRICT JUDGE

## Appendix A

| Case | Document | Doc. No. |
|---|---|---|
| 1:18-mi-99999-UNA | Complaint | Doc. 1076 |
| 1:14-cr-00146-ODE-JKL | Notice of Appearance | Doc. 162 |
| 1:14-cr-00146-ODE-JKL | Notice of Appearance | Doc. 163 |
| 1:18-cv-01183-SCJ | Acknowledgment of Service | Doc. 10 |
| 1:18-cv-01183-SCJ | Acknowledgment of Service | Doc. 11 |
| 1:09-md-02084-TWT | Motion for Leave to File Matters Under Seal | Doc. 1699 |
| 1:09-cv-00956-TWT | Motion for Leave to File Matters Under Seal | Doc. 741 |
| 1:09-cv-00957-TWT | Motion for Leave to File Matters Under Seal | Doc. 770 |
| 1:09-cv-00958-TWT | Motion for Leave to File Matters Under Seal | Doc. 726 |
| 1:17-cr-00151-SCJ-LTW | Motion for Extension of Time to File Response | Doc. 46 |
| 1:16-cr-00184-LMM-JFK | Sentencing Memorandum | Doc. 25 |
| 1:17-cr-00020-RWS-JKL | Objections to Report and Recommendation | Doc. 93 |
| 1:16-cv-03317-TWT | Notice to Take Deposition | Doc. 57 |
| 3:18-mi-99999-UNA | Complaint | Doc. 24 |
| 1:18-cv-01233-CAP-CMS | Return of Service Executed | Doc. 6 |
| 1:18-cv-00909-TWT-JCF | Motion for Extension of Time | Doc. 7 |
| 1:17-cr-00346-TCB-CMS | Motion for Miscellaneous Relief | Doc. 124 |
| 1:17-cr-00346-TCB-CMS | Proposed Jury Instructions | Doc. 125 |
| 1:18-cv-01561-MLB | Notice of Voluntary Dismissal | Doc. 3 |
| 1:17-cr-00346-TCB-CMS | Requests to Charge | Doc. 126 |
| 1:17-cv-01502-MHC | Response to Statement of Material Facts | Doc. 38 |
| 1:17-cv-03130-LMM | Certificate of Service | Doc. 22 |
| 1:16-cr-00127-AT-LTW | Motion to Continue | Doc. 68 |
| 4:17-cr-00010-HLM | Motion for Extension of Time to File Response | Doc. 21 |
| 1:17-cv-04733-WSD-JSA | Initial Disclosures | Doc. 10 |

## Appendix A

| | | |
|---|---|---|
| 1:17-cv-03516-WSD | Joint Detailed Discovery Plan | Doc. 41 |
| 1:17-cv-03516-WSD | Joint Detailed Discovery Plan | Doc. 42 |
| 2:16-cv-00143-RWS-JCF | Status Report | Doc. 115 |