AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Glenn Heagerty )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:18-cv-1233
)
Equifax Information Services LLC and National )
Consumer Telecom & Utilities Exchange, Inc. )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* National Consumer Telecom & Utilities Exchange, Inc.
c/o its registered agent, Corporation Service Company
Princeton South Corporate Center
100 Charles Ewing Blvd., Suite 160
Ewing, New Jersey 08628


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Craig E. Bertschi
McRae Bertschi & Cole LLC
Suite 200, 1350 Center Drive
Dunwoody, Georgia 30338


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 03/23/2018

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-1233

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **National Consumer Telecom & Utilities Exchange, Inc. c/o its Registered Agent, Corporation Service Company**
was received by me on *(date)* **03/28/2018**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Doreen Haeselin, Litigation Management Representative**, who is designated by law to accept service of process on behalf of *(name of organization)* **National Consumer Telecom & Utilities Exchange, Inc. Corporation Service Company, Princeton South Corporate Center, 100 Charles Ewing Blvd., Suite 160, Ewing, NJ 08628** on *(date)* **3/29/2018 at 3:45 PM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **0/30/2018**

*Server's signature*

**Ted Cordasco / Process Server**
*Printed name and title*

**Certified Process Service L.L.C.
67 Willis Drive, Ewing, NJ 08628**

*Server's address*

Additional information regarding attempted service, etc:
**Documents Served: Summons In A Civil Action, Complaint**