# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| GLENN HEAGERTY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | 1:18-cv-01233-CAP-CMS |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO RESPOND TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED and moved by and between Plaintiff Glenn Heagerty ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax"), subject to the Court's approval, that Equifax's time to answer, move, or otherwise respond to the Complaint is hereby extended from April 19, 2018 to May 4, 2018.

Respectfully submitted this 18th day of April, 2018.

KING & SPALDING LLP

By: /s/ *N. Charles Campbell*
N. Charles Campbell (Ga. Bar No. 210929)
1180 Peachtree Street N.E.

Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5100
Email:  ccampbell@kslaw.com
*Attorneys for Equifax Information Services LLC*

MCRAE BERTSCHI & COLE, LLC

*/s/Craig Edward Bertschi (w/ consent)*
Charles Jackson Cole
Craig Edward Bertschi
1350 Center Drive, Suite 200
Dunwoody, GA 30338
Tel: 678-999-1105
Fax: 404-525-4347
Email: cjc@mcraebertschi.com
Email: ceb@mcraebertschi.com
*Attorneys for Plaintiff*

## **ORDER**

GOOD CAUSE APPEARING THEREFORE,
IT IS SO ORDERED.

Dated: _____                    _____

                                        Judge, United States District Court

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to:

Charles Jackson Cole
Craig Edward Bertschi
McRae Bertschi & Cole, LLC
Suite 200
1350 Center Drive
Dunwoody, GA 30338

                    /s/ *N. Charles Campbell*
                    N. Charles Campbell
                    Attorney for Equifax Information Services LLC