# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **GLENN HEAGERTY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No. |
| | ) | |
| v. | ) | 1:18-cv-01233-CAP-CMS |
| | ) | |
| **EQUIFAX INFORMATION** | ) | |
| **SERVICES LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
### L.R. 3.3 CERTIFICATE OF INTERESTED PERSONS
### <u>AND CORPORATE DISCLOSURE STATEMENT</u>

(1)   The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff: Glenn Heagerty

Defendant Equifax Information Services LLC: Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc.  Equifax Inc. is a publicly traded company on the New York Stock Exchange.  No other entity owns 10% or more of Equifax Information Services LLC's stock.

Defendant National Consumer Telecom & Utilities Exchange, Inc.

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Defendant Equifax Information Services LLC:  Equifax Inc., which is the sole parent of Equifax Information Services LLC, and is traded on the NYSE.

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiff Glenn Heagerty: Charles Jackson Cole and Craig Edward Bertschi, McRae Bertschi & Cole, LLC

Defendant Equifax Information Services LLC:  N. Charles Campbell, King & Spalding LLP

Defendant National Consumer Telecom & Utilities Exchange, Inc.: Kendall W. Carter, King & Spalding LLP

Respectfully submitted this 18th day of April, 2018.

        KING & SPALDING LLP

        By: /s/ *N. Charles Campbell*
        N. Charles Campbell (Ga. Bar No. 210929)
        1180 Peachtree Street N.E.
        Atlanta, Georgia  30309-3521
        Tel:  (404) 572-4600
        Fax:  (404) 572-5100
        Email:  ccampbell@kslaw.com

        *Attorneys for Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to:

Charles Jackson Cole
Craig Edward Bertschi
McRae Bertschi & Cole, LLC
Suite 200
1350 Center Drive
Dunwoody, GA 30338

/s/ *N. Charles Campbell*
N. Charles Campbell
Attorney for Equifax Information
Services LLC