# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **GLENN HEAGERTY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.** |
| | ) | |
| v. | ) | 1:18-cv-01233-CAP-CMS |
| | ) | |
| **EQUIFAX INFORMATION** | ) | |
| **SERVICES LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT NATIONAL CONSUMER TELECOM
## AND UTILITIES EXCHANGE, INC.'S
## L.R. 3.3 CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff: Glenn Heagerty

Defendant: National Consumer Telecom and Utilities Exchange, Inc: National Consumer Telecom and Utilities Exchange, Inc. ("NCTUE") is a non-profit member association incorporated under New Jersey law. NCTUE is not a publicly traded company. No other entity owns 10% or more of NCTUE's stock.

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Defendant National Consumer Telecom and Utilities Exchange, Inc.

Defendant Equifax Information Services LLC

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiff Glenn Heagerty: Charles Jackson Cole and Craig Edward Bertschi, McRae Bertschi & Cole, LLC;

Defendant National Consumer Telecom & Utilities Exchange, Inc.: Kendall W. Carter, King & Spalding LLP;

Defendant Equifax Information Services LLC:  N. Charles Campbell, King & Spalding LLP

Respectfully submitted this 18th day of April, 2018.

KING & SPALDING LLP

By: /s/ *Kendall W. Carter*
Kendall W. Carter (Ga. Bar No. 114556)
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521

Tel:  (404) 572-4600
Fax:  (404) 572-5100
Email:  kcarter@kslaw.com

*Attorneys for National Consumer Telecom and Utilities Exchange, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to:

Charles Jackson Cole
Craig Edward Bertschi
McRae Bertschi & Cole, LLC
Suite 200
1350 Center Drive
Dunwoody, GA 30338

                                                 /s/ *Kendall W. Carter*
                                                 Kendall W. Carter
                                                 Attorney for National Consumer
                                                 Telecom and Utilities Exchange, Inc.