# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| GLENN HEAGERTY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | 1:18-cv-01233-CAP-CMS |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC and NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., | ) ) ) ) | |
| Defendants. | ) | |

## L.R. 26.3 CERTIFICATE OF SERVICE OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S INITIAL DISCLOSURES

Defendant, Equifax Information Services LLC ("Equifax"), through its undersigned counsel, hereby certifies that it has served a true and correct copy of Equifax's Initial Disclosures by email and United States Mail to counsel of record on June 6, 2018.

Respectfully submitted this 4th day of June, 2018.

KING & SPALDING LLP

By: /s/ *N. Charles Campbell*
N. Charles Campbell (Ga. Bar No. 210929)
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5100
Email:  tlove@kslaw.com
Email:  ccampbell@kslaw.com

*Attorneys for Equifax Information Services LLC*

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that 14 point New Times Roman was used for this pleading and that it has been formatted in compliance with Local Rule 5.4.

This 4th day of June, 2018.

*/s/ N. Charles Campbell*
N. Charles Campbell

## CERTIFICATE OF SERVICE

I hereby certify that I have this 4th day of June, 2018 electronically filed a true and correct copy of the foregoing via the CM-ECF system to the following counsel of record:

Charles Jackson Cole
Craig Edward Bertschi
McRae Bertschi & Cole, LLC
Suite 200
1350 Center Drive
Dunwoody, GA 30338
Email: cjc@mcraebertschi.com
Email: ceb@mcraebertschi.com
*Counsel for Plaintiff*

/s/ *N. Charles Campbell*
N. Charles Campbell
Attorney for Equifax Information Services LLC