IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| GLENN HEAGERTY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | 1:18-cv-01233-CAP-CMS |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC; and NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## L.R. 26.3 CERTIFICATE OF SERVICE OF DEFENDANT NATIONAL CONSUMER TELECOM EXCHANGE, INC.'S INITIAL DISCLOSURES

Defendant, National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE"), through its undersigned counsel, hereby certifies that it has served a true and correct copy of NCTUE's Initial Disclosures by Electronic Mail to counsel of record on June 4, 2018.

Respectfully submitted this 4th day of June, 2018.

KING & SPALDING LLP

By: /s/ *Kendall W. Carter*
Kendall W. Carter (Ga. Bar No. 114556)
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600

Fax:  (404) 572-5100
Email:  kcarter@kslaw.com

*Attorneys for National Consumer Telecom
& Utilities Exchange, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4th, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to the following attorneys of record:

Charles Jackson Cole
Craig Edward Bertschi
McRae Bertschi & Cole, LLC
Suite 200
1350 Center Drive
Dunwoody, GA 30338

N. Charles Campbell
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

/s/ *Kendall W. Carter*
Kendall W. Carter
Attorney for National Consumer
Telecom & Utilities Exchange, Inc.