IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GLENN HEAGERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 1:18-cv-01233-CAP-CMS |
| EQUIFAX INFORMATION | ) | |
| SERVICES LLC and NATIONAL | ) | |
| CONSUMER TELECOM & | ) | |
| UTILITIES EXCHANGE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S LOCAL RULE 26.3 CERTIFICATE

Pursuant to Local Rule 26.3, I hereby certify that on the date listed below, I served copies of the following documents on all counsel of record via email as agreed in Paragraph 12 of the Joint Preliminary Report and Discovery Plan submitted in the captioned case:

1. Plaintiff's First Interrogatories to Defendant Equifax Information Services LLC.

2. Plaintiff's First Interrogatories to Defendant National Consumer Telecom & Utilities Exchange, Inc.

3. Plaintiff's First Request for Production of Documents to Defendant Equifax Information Services LLC.

4. Plaintiff's First Request for Production of Documents to Defendant National Consumer Telecom & Utilities Exchange, Inc.

1

5. Plaintiff's First Request for Admissions to Defendant Equifax Information Services LLC.

6. Plaintiff's First Request for Admissions to Defendant National Consumer Telecom & Utilities Exchange, Inc.

7. Exhibit A to each of the foregoing discovery requests.

This 4th day of June, 2018.

**MCRAE BERTSCHI & COLE LLC**  /s Craig E. Bertschi
Suite 200, 1350 Center Drive  Craig E. Bertschi
Dunwoody, Georgia 30338  Georgia Bar No. 055739
ceb@mcraebertschi.com
678.999.1102

Charles J. Cole
Georgia Bar No. 176704
cjc@mcraebertschi.com
678.999.1105

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GLENN HEAGERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 1:18-cv-01233-CAP-CMS |
| EQUIFAX INFORMATION | ) | |
| SERVICES LLC and NATIONAL | ) | |
| CONSUMER TELECOM & | ) | |
| UTILITIES EXCHANGE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document in the captioned case using the Court's ECF electronic filing system, which will generate a Notice of Electronic Filing and which constitutes sufficient service under Local Rule 5.1A(3).

This 4th day of June, 2018.

                                                               */s Craig E. Bertschi*
                                                               Craig E. Bertschi