IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| GLENN HEAGERTY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | 1:18-cv-01233-CAP-CMS |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC; and NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**L.R. 26.3 CERTIFICATE OF SERVICE OF DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.'S FIRST SET OF DISCOVERY TO PLAINTIFF**

Defendant, National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE"), through its undersigned counsel, hereby certifies that it has served a true and correct copy of NCTUE's first set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Plaintiff Glenn Heagerty via E-Mail to counsel of record on June 5, 2018.

Respectfully submitted this 5th day of June, 2018.

                                    KING & SPALDING LLP

                                    By: /s/ *Kendall W. Carter*
Kendall W. Carter (Ga. Bar No. 114556)
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5100
Email:  kcarter@kslaw.com

*Attorneys for National Consumer Telecom & Utilities Exchange, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to the following attorneys of record:

| | |
|---|---|
| Charles Jackson Cole | N. Charles Campbell |
| Craig Edward Bertschi | King & Spalding LLP |
| McRae Bertschi & Cole, LLC | 1180 Peachtree Street |
| Suite 200 | Atlanta, GA 30309 |
| 1350 Center Drive | |
| Dunwoody, GA 30338 | |

                                                /s/ *Kendall W. Carter*
                                                Kendall W. Carter
                                                Attorney for National Consumer
                                                Telecom & Utilities Exchange, Inc.