IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GLENN HEAGERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 1:18-cv-01233-CAP-CMS |
| EQUIFAX INFORMATION | ) | |
| SERVICES LLC and NATIONAL | ) | |
| CONSUMER TELECOM & | ) | |
| UTILITIES EXCHANGE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b)(2)(E), I hereby certify that on the date

listed below, I served a copy of **PLAINTIFF'S SECOND REQUEST FOR**

**PRODUCTION OF DOCUMENTS TO DEFENDANTS** on counsel of

record for all parties via email as follows:

N. Charles Campbell
ccampbell@kslaw.com

Kendall W. Carter
kcarter@kslaw.com

- 6 -

This 15th day of June, 2018.

/s/ Craig E. Bertschi
Craig E. Bertschi