# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **GLENN HEAGERTY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.** |
| | ) | |
| v. | ) | **1:18-cv-01233-CAP-CMS** |
| | ) | |
| **EQUIFAX INFORMATION** | ) | |
| **SERVICES LLC; and NATIONAL** | ) | |
| **CONSUMER TELECOM &** | ) | |
| **UTILITIES EXCHANGE, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CONSENT MOTION TO REFER CASE TO
## MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

Defendants, Equifax Information Services LLC and National Consumer Telecom & Utilities Exchange, Inc. (collectively "Defendants"), and Plaintiff, pursuant to part G of the Court's scheduling order (Doc. 23), hereby respectfully request that the Court stay all deadlines and refer the case to a settlement conference with a Magistrate Judge. The parties have exchanged preliminary information to enable them to begin settlement negotiations and believe that a settlement conference would assist these efforts. The parties wish to explore the possibility of a settlement through a settlement conference prior to incurring the additional time, effort, cost and expense of litigation through depositions and dispositive motion briefing.

Accordingly, the parties respectfully request a settlement conference with a Magistrate Judge.

Respectfully submitted this 10th day of July, 2018.

                              KING & SPALDING LLP

                              By: /s/ *Kendall W. Carter*
                              Kendall W. Carter (Ga. Bar No. 114556)
                              1180 Peachtree Street N.E.
                              Atlanta, Georgia  30309-3521
                              Tel:  (404) 572-4600
                              Fax:  (404) 572-5100
                              Email:  kcarter@kslaw.com
                              *Attorneys for National Consumer Telecom & Utilities Exchange, Inc.*

                              KING & SPALDING LLP

                              By: /s/ *N. Charles Campbell*
                              N. Charles Campbell (Ga. Bar No. 210929)
                              1180 Peachtree Street N.E.
                              Atlanta, Georgia 30309-3521
                              Tel: (404) 572-4600
                              Fax: (404) 572-5100
                              Email: ccampbell@kslaw.com
                              *Attorneys for Equifax Information Services LLC*

                              */s/ Craig Edward Bertschi*
                              Charles Jackson Cole
                              Craig Edward Bertschi
                              McRae Bertschi & Cole, LLC
                              Suite 200
                              1350 Center Drive
                              Dunwoody, GA 30338

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to:

Charles Jackson Cole
Craig Edward Bertschi
McRae Bertschi & Cole, LLC
Suite 200
1350 Center Drive
Dunwoody, GA 30338

                                           /s/ *Kendall W. Carter*
                                           Kendall W. Carter
                                           Attorney for National Consumer
                                           Telecom & Utilities Exchange, Inc.