## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **GLENN HEAGERTY,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No. |
| ) | |
| v. ) | 1:18-cv-01233-CAP-CMS |
| ) | |
| **EQUIFAX INFORMATION** ) | |
| **SERVICES LLC; and NATIONAL** ) | |
| **CONSUMER TELECOM &** ) | |
| **UTILITIES EXCHANGE, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## [PROPOSED] ORDER GRANTING CONSENT MOTION TO REFER CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

This matter is before the Court on the parties' Consent Motion to Refer Case to a Magistrate Judge for Settlement Conference. Upon consideration, and for good cause shown, the Parties' Motion is hereby GRANTED.

It is hereby **ORDERED** that this case will be set with a Magistrate Judge of this Court on _____, 2018 for the purposes of conducting a settlement conference. All deadlines are hereby stayed until after the settlement conference.

IT IS SO ORDERED, this ____ day of July, 2018

_____
Honorable Catherine M. Salinas
United States Magistrate Judge