IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENN HEAGERTY, | |
|     Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:18-CV-01233-CAP-CMS |
| EQUIFAX INFORMATION SERVICES LLC, and NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., | |
|     Defendants. | |

## **ORDER**

This matter is before the Court on the parties' joint motion to refer this case to mediation before a U.S. Magistrate Judge and that discovery be stayed pending the resolution of the mediation. [Doc. 25].

After due consideration, the motion is **GRANTED**. This case is hereby **REFERRED** to United States Chief Magistrate Judge Linda T. Walker for assignment to the next available Magistrate Judge for mediation at the earliest available date.

The Court hereby **ORDERS** a stay of all proceedings pending the completion of the mediation. The parties are **DIRECTED** to inform me in writing within three (3) business days of the completion of the mediation if the parties were able to reach a

settlement or not. If a settlement is reached, the parties shall so inform this Court and provide a date by which the final settlement agreement will be executed and the dismissal filed. If a settlement is not reached, before discovery resumes, the parties are **DIRECTED** to contact my courtroom deputy clerk, Angela Smith, via email (Angela_L_Smith@gand.uscourts.gov) or telephone (404-215-1380), to schedule a telephone conference with me to discuss Plaintiff's claims and the resumption of discovery.

**IT IS SO ORDERED**, this 11th day of July, 2018.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE