# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| GLENN HEAGERTY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | 1:18-cv-01233-CAP-CMS |
| | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES LLC and NATIONAL | ) | |
| CONSUMER TELECOM & | ) | |
| UTILITIES EXCHANGE, INC., | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE OF J. ANTHONY LOVE ON BEHALF OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC

PLEASE TAKE NOTICE THAT J. Anthony Love, of the firm of King & Spalding LLP, hereby enters his appearance as counsel of record on behalf of Defendant Equifax Information Services LLC.

Respectfully submitted this 15th day of August, 2018.

        KING & SPALDING LLP

        By: /s/ *J. Anthony Love*
        J. Anthony Love (Ga. Bar No. 459155)
        1180 Peachtree Street N.E.
        Atlanta, Georgia  30309-3521
        Tel:  (404) 572-4600
        Fax:  (404) 572-5100
        Email:  tlove@kslaw.com

*Attorneys for Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 15, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system:

Charles Jackson Cole
Craig Edward Bertschi
McRae Bertschi & Cole, LLC
Suite 200
1350 Center Drive
Dunwoody, GA 30338
Email: cjc@mcraebertschi.com
Email: ceb@mcraebertschi.com
***Attorneys for Plaintiff***

                                             /s/ *J. Anthony Love*
                                             J. Anthony Love
                                             Attorney for Equifax Information Services LLC