# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **GLENN HEAGERTY,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | 1:18-cv-01233-CAP-CMS |
| | ) | |
| **EQUIFAX INFORMATION** | ) | |
| **SERVICES LLC and NATIONAL** | ) | |
| **CONSUMER TELECOM &** | ) | |
| **UTILITIES EXCHANGE, INC.,** | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE OF J. ANTHONY LOVE ON BEHALF OF DEFENDANT NATIONAL CONSUMER TELECOM AND UTILITIES EXCHANGE, INC.

PLEASE TAKE NOTICE THAT J. Anthony Love, of the firm of King & Spalding LLP, hereby enters his appearance as counsel of record on behalf of Defendant National Consumer Telecom And Utilities Exchange, Inc.

Respectfully submitted this 15th day of August, 2018.

KING & SPALDING LLP

By: /s/ *J. Anthony Love*
J. Anthony Love (Ga. Bar No. 459155)
N. Charles Campbell (Ga. Bar No. 210929)
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600

Fax:  (404) 572-5100
Email:  tlove@kslaw.com
*Attorneys for National Consumer Telecom and Utilities  Exchange, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system:

Charles Jackson Cole
Craig Edward Bertschi
McRae Bertschi & Cole, LLC
Suite 200
1350 Center Drive
Dunwoody, GA 30338
Email: cjc@mcraebertschi.com
Email: ceb@mcraebertschi.com
*Attorneys for Plaintiff*

/s/ *J. Anthony Love*
J. Anthony Love
Attorney for National Consumer Telecom
and Utilities Exchange, Inc.