# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cv-01233-CAP-CMS
## Heagerty v. Equifax Information Services LLC et al
## Honorable Janet F. King

Minute Sheet for proceedings held In Open Court on 08/20/2018.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 12:40 P.M.
TIME IN COURT: 3:15
OFFICE LOCATION: Atlanta
DEPUTY CLERK: Karen Thornton

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Craig Bertschi representing Glenn Heagerty<br>Norman Campbell representing Equifax Information Services LLC<br>Kendall Carter representing National Consumer Telecom & Utilities Exchange, Inc.<br>Charles Cole representing Glenn Heagerty<br>John Love representing Equifax Information Services LLC<br>John Love representing National Consumer Telecom & Utilities Exchange, Inc. |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | Case did not settle. Reference to Settlement Judge may be terminated. |