IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GLENN HEAGERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 1:18-cv-01233-CAP-CMS |
| EQUIFAX INFORMATION | ) | |
| SERVICES LLC and NATIONAL | ) | |
| CONSUMER TELECOM & | ) | |
| UTILITIES EXCHANGE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR ENTRY OF A SCHEDULING ORDER**

Pursuant to the Court's Order of July 11, 2018, the Parties to the captioned case move the Court to enter a Scheduling Order that will lift the current stay of proceedings, provide the resumption of discovery and establish a schedule for further pretrial proceedings. In support of this Motion, the Parties respectfully show the Court the following:

1.  This case was filed March 23, 2018. *See* Docket #1.

2.  After conducting preliminary discovery, the Parties believed that there was an opportunity to settle the case and requested that the case be referred to a Magistrate Judge for a Settlement Conference. *See* Docket #25.

- 2 -

3. On July 11, 2018, proceedings this case were stayed and the Parties were referred to Settlement Conference with Magistrate Judge King. *See* Docket #26.

4. On August 20, 2018, the Parties participated in a Settlement Conference with Magistrate Judge King. The case did not settle. *See* Docket #30.

5. In light of the foregoing, counsel for the Parties have reached agreement regarding a proposed schedule for the resumption of discovery and further pretrial proceedings. That schedule is set forth in a proposed Scheduling Order filed concurrently herewith.

Respectfully submitted, this 12th day of October, 2018.

| /s/ Craig E. Bertschi | /s/ Kendall W. Carter | /s/ Charles Campbell |
|---|---|---|
| Craig E. Bertschi | Kendall W. Carter | Charles Campbell |
| Georgia Bar No. 055739 | Georgia Bar No. 114556 | Georgia Bar No. 210929 |
| 678.999.1102 | 404.572.4600 | 404.572.4600 |
| ceb@mcraebertschi.com | kcarter@kslaw.com | ccampbell@kslaw.com |
| | | |
| **MCRAE BERTSCHI & COLE LLC** | **King & Spalding** | **King & Spalding** |
| Suite 200, 1350 Center Drive | 1180 Peachtree Street N.E. | 1180 Peachtree Street N.E. |
| Dunwoody, Georgia 30338 | Atlanta, Georgia 30309-3521 | Atlanta, Georgia 30309-3521 |
| | | |
| *Counsel for Plaintiff* | *Counsel for National Consumer Telecom & Utilities Exchange, Inc.* | *Counsel for Equifax Information Services LLC* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENN HEAGERTY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EQUIFAX INFORMATION ) <br> SERVICES LLC and NATIONAL ) <br> CONSUMER TELECOM & ) <br> UTILITIES EXCHANGE, INC., ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE <br> NO. 1:18-cv-01233-CAP-CMS |

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b)(2)(E), I hereby certify that on the date listed below, I served a copy of **JOINT MOTION FOR ENTRY OF A SCHEDULING ORDER** on counsel of record for all parties via email as follows:

N. Charles Campbell
ccampbell@kslaw.com

Kendall W. Carter
kcarter@kslaw.com

Tony Love
tlove@kslaw.com

This 12th day of October, 2018.

*/s/ Craig E. Bertschi*
Craig E. Bertschi

- 3 -

- 4 -

- 4 -