IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENN HEAGERTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:18-cv-01233-CAP-CMS |
| EQUIFAX INFORMATION ) | |
| SERVICES LLC and NATIONAL ) | |
| CONSUMER TELECOM & ) | |
| UTILITIES EXCHANGE, INC., ) | |
| ) | |
| Defendants. ) | |

## SCHEDULING ORDER

The Court having read and considered the Parties' Joint Motion for Entry of a Scheduling Order and for good cause shown, it is hereby ordered that:

1. The stay of proceedings in the captioned case is lifted.

2. Discovery shall recommence on October 15, 2018.

3. Any party intending to rely on expert testimony shall make its expert disclosure in accordance with Fed. R. Civ. P. 26(a)(2) on or before December 14, 2018.

4. Rebuttal experts shall be disclosed in accordance with Fed. R. Civ. P. 26(a)(2) on or before January 25, 2019.

5. Discovery shall close on March 8, 2019.

- 2 -

6.  All other deadlines shall be as specified in the Local Rules and the original scheduling order entered in this case on June 6, 2018 [Docket #23].

This 16th day of October, 2018.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE