**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| **GLENN HEAGERTY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.** |
| | ) | |
| **v.** | ) | **1:18-cv-01233-CAP-CMS** |
| | ) | |
| **EQUIFAX INFORMATION** | ) | |
| **SERVICES LLC and NATIONAL** | ) | |
| **CONSUMER TELECOM &** | ) | |
| **UTILITIES EXCHANGE, INC.,** | ) | |
| **Defendants.** | ) | |

**L.R. 26.3 CERTIFICATE OF SERVICE OF DEFENDANT EQUIFAX**
**INFORMATION SERVICES LLC'S RESPONSES TO**
**PLAINTIFF'S DISCOVERY REQUESTS**

Defendant, Equifax Information Services LLC ("Equifax"), through its undersigned counsel, hereby certifies that it has served a true and correct copy of Equifax's Responses to Plaintiff's first set of Interrogatories, Requests for Production of Documents and Requests for Admission by email to counsel of record on November 27, 2018.

Respectfully submitted this 27th day of November, 2018.

        KING & SPALDING LLP

        By: /s/ *N. Charles Campbell*
        N. Charles Campbell (Ga. Bar No. 210929)
        1180 Peachtree Street N.E.
        Atlanta, Georgia  30309-3521
        Tel:  (404) 572-4600
        Fax:  (404) 572-5100
        Email:  tlove@kslaw.com
        Email:  ccampbell@kslaw.com

        *Attorneys for Equifax Information Services LLC*

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned certifies that 14 point New Times Roman was used for this

pleading and that it has been formatted in compliance with Local Rule 5.4.

This 27th day of November, 2018.

/s/ *N. Charles Campbell*
N. Charles Campbell

## CERTIFICATE OF SERVICE

I hereby certify that I have this 27th day of November, 2018 electronically

filed a true and correct copy of the foregoing via the CM-ECF system to the

following counsel of record:

Charles Jackson Cole
Craig Edward Bertschi
McRae Bertschi & Cole, LLC
Suite 200
1350 Center Drive
Dunwoody, GA 30338
Email: cjc@mcraebertschi.com
Email: ceb@mcraebertschi.com
*Counsel for Plaintiff*

/s/ *N. Charles Campbell*
N. Charles Campbell
Attorney for Equifax Information
Services LLC