IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

GLENN HEAGERTY,                            )
                                           )
        Plaintiff,                         )      Civil Action No.
                                           )
v.                                         )      1:18-cv-01233-CAP-CMS
                                           )
EQUIFAX INFORMATION                        )
SERVICES LLC; and NATIONAL                 )
CONSUMER TELECOM &                         )
UTILITIES EXCHANGE, INC.,                  )
                                           )
        Defendants.                        )

**L.R. 26.3 CERTIFICATE OF SERVICE OF DEFENDANT
NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.'S
RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS**

Defendant, National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE"), through its undersigned counsel, hereby certifies that it has served a true and correct copy of NCTUE's Responses to Plaintiff's First set of Interrogatories, Responses to Plaintiff's Requests for Production of Documents, Responses to Plaintiff's Second Requests for Production of Documents, and Responses to Plaintiff's Requests for Admission, to Plaintiff Glenn Heagerty via E-Mail to counsel of record on November 27, 2018.

Respectfully submitted this 27th day of November, 2018.

KING & SPALDING LLP

By: /s/ *Kendall W. Carter*
Kendall W. Carter (Ga. Bar No. 114556)
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5100
Email:  kcarter@kslaw.com

*Attorneys for National Consumer Telecom*
*& Utilities Exchange, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to the following attorneys of record:

Charles Jackson Cole
Craig Edward Bertschi
McRae Bertschi & Cole, LLC
Suite 200
1350 Center Drive
Dunwoody, GA 30338

N. Charles Campbell
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

/s/ *Kendall W. Carter*
Kendall W. Carter
Attorney for National Consumer
Telecom & Utilities Exchange, Inc.