IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENN HEAGERTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:18-cv-01233-CAP-CMS |
| EQUIFAX INFORMATION ) | |
| SERVICES LLC and NATIONAL ) | |
| CONSUMER TELECOM & ) | |
| UTILITIES EXCHANGE, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTFF'S LOCAL RULE 26.3 CERTIFICATE**

Pursuant to Local Rule 26.3, undersigned counsel hereby certifies that on November 27, 2018, he served counsel for all parties with the items listed below via email, which the parties have agreed is an acceptable method of service.

- Plaintiff's Response to Defendant Equifax Information Services LLC's First Request for Admissions.

- Plaintiff's Response to Defendant Equifax's First Interrogatories.

- Plaintiff's Response to Defendant Equifax's First Request for Production of Documents.

- Plaintiff's Response to Defendant NCTUE's First Request for Admissions.

- Plaintiff's Response to Defendant NCTUE's First Interrogatories.

- Plaintiff's Response to Defendant NCTUE's First Request for Production of Documents.

This 28th day of November, 2018.

**MCRAE BERTSCHI & COLE LLC**  /s/ *Craig E. Bertschi*
Suite 200, 1350 Center Drive  Craig E. Bertschi
Dunwoody, Georgia 30338  Georgia Bar No. 055739
ceb@mcraebertschi.com
678.999.1102

Charles J. Cole
Georgia Bar No. 176704
cjc@mcraebertschi.com
678.999.1105

*Counsel for Plaintiff*

- 3 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENN HEAGERTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:18-cv-01233-CAP-CMS |
| EQUIFAX INFORMATION ) | |
| SERVICES LLC and NATIONAL ) | |
| CONSUMER TELECOM & ) | |
| UTILITIES EXCHANGE, INC., ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below, I filed the foregoing document in the captioned case using the Court's ECF electronic filing system, which will generate a Notice of Electronic Filing and which constitutes sufficient service under Local Rule 5.1A(3).

This 28th day of November, 2018.

                                               */s/ Craig E. Bertschi*
                                               Craig E. Bertschi