IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENN HEAGERTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:18-cv-01233-CAP-CMS |
| EQUIFAX INFORMATION ) | |
| SERVICES LLC and NATIONAL ) | |
| CONSUMER TELECOM & ) | |
| UTILITIES EXCHANGE, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTFF'S LOCAL RULE 26.3 CERTIFICATE**

Pursuant to Local Rule 26.3, undersigned counsel hereby certifies that on December 4, 2018, he served counsel for all parties with the items listed below via email, which the parties have agreed is an acceptable method of service.

- Plaintiff's Second Interrogatories to Defendant Equifax Information Services LLC

- Plaintiff's Second Request for Admissions to Defendant Equifax Information Services LLC

- 2 -

This 4th day of December, 2018.

| | |
|---|---|
| **MCRAE BERTSCHI & COLE LLC**<br>Suite 200, 1350 Center Drive<br>Dunwoody, Georgia 30338 | */s/ Craig E. Bertschi*<br>Craig E. Bertschi<br>Georgia Bar No. 055739<br>ceb@mcraebertschi.com<br>678.999.1102<br><br>Charles J. Cole<br>Georgia Bar No. 176704<br>cjc@mcraebertschi.com<br>678.999.1105<br><br>*Counsel for Plaintiff* |

- 3 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENN HEAGERTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:18-cv-01233-CAP-CMS |
| EQUIFAX INFORMATION ) | |
| SERVICES LLC and NATIONAL ) | |
| CONSUMER TELECOM & ) | |
| UTILITIES EXCHANGE, INC., ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below, I filed the foregoing document in the captioned case using the Court's ECF electronic filing system, which will generate a Notice of Electronic Filing and which constitutes sufficient service under Local Rule 5.1A(3).

This 4th day of December, 2018.

*/s/ Craig E. Bertschi*
Craig E. Bertschi