IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENN HEAGERTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:18-cv-01233-CAP-CMS |
| EQUIFAX INFORMATION ) | |
| SERVICES LLC and NATIONAL ) | |
| CONSUMER TELECOM & ) | |
| UTILITIES EXCHANGE, INC., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b)(2)(E), I hereby certify that on the date listed below, I served a copy of **PLAINTIFF'S NOTICE OF 30(b)(6) DEPOSITION OF DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.** on counsel of record for all parties via email as follows:

N. Charles Campbell
ccampbell@kslaw.com

Kendall W. Carter
kcarter@kslaw.com

Anthony Love<br>
tlove@kslaw.com

This 10th day of December, 2018.

                                                */s/ Craig E. Bertschi*  
                                                Craig E. Bertschi