IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| GLENN HEAGERTY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | 1:18-cv-01233-CAP-CMS |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC and NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE OF DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.'S SUBPOENA TO TESTIFY AT A DEPOSITION IN <u>A CIVIL ACTION ON DEIRDRE HEAGERTY</u>**

PLEASE TAKE NOTICE that National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE"), pursuant to Fed. R. Civ. P. 45(a)(4), will serve a Subpoena to Testify at a Deposition on Deirdre Heagerty.

1

Respectfully submitted this 20th day of February, 2019.

                KING & SPALDING LLP

                By: /s/ *Kendall W. Carter*
                Kendall W. Carter (Ga. Bar No. 114556)
                1180 Peachtree Street N.E.
                Atlanta, Georgia  30309-3521
                Tel:  (404) 572-4600
                Fax:  (404) 572-5100
                Email:  kcarter@kslaw.com
                *Attorneys for National Consumer Telecom*
                *& Utilities Exchange, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that I have this 20th day of February, 2019 and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Charles Jackson Cole
Craig Edward Bertschi
McRae Bertschi & Cole, LLC
Suite 200
1350 Center Drive
Dunwoody, GA 30338
Email: cjc@mcraebertschi.com
Email: ceb@mcraebertschi.com
*Counsel for Plaintiff*

N. Charles Campbell
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
Email: ccampbell@kslaw.com
*Counsel for Equifax Information Services LLC*

/s/ *Kendall W. Carter*
Kendall W. Carter
*Attorneys for National Consumer Telecom & Utilities Exchange, Inc.*