IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| GLENN HEAGERTY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | 1:18-cv-01233-CAP-CMS |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC and NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE OF DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.'S SUBPOENA TO TESTIFY AT A DEPOSITION IN <u>A CIVIL ACTION ON DEIRDRE HEAGERTY</u>**

PLEASE TAKE NOTICE that National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE"), pursuant to Fed. R. Civ. P. 45(a)(4), will serve a Subpoena to Testify at a Deposition on Deirdre Heagerty.

Respectfully submitted this 22nd day of February, 2019.

        KING & SPALDING LLP

        By: /s/ *Kendall W. Carter*
        Kendall W. Carter (Ga. Bar No. 114556)
        1180 Peachtree Street N.E.
        Atlanta, Georgia  30309-3521
        Tel:  (404) 572-4600
        Fax:  (404) 572-5100
        Email:  kcarter@kslaw.com
        *Attorneys for National Consumer Telecom & Utilities Exchange, Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this 22nd day of February, 2019 and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Charles Jackson Cole
Craig Edward Bertschi
McRae Bertschi & Cole, LLC
Suite 200
1350 Center Drive
Dunwoody, GA 30338
Email: cjc@mcraebertschi.com
Email: ceb@mcraebertschi.com
***Counsel for Plaintiff***

N. Charles Campbell
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Email:  ccampbell@kslaw.com
***Counsel for Equifax Information Services LLC***

/s/ *Kendall W. Carter*
Kendall W. Carter
*Attorneys for National Consumer Telecom & Utilities Exchange, Inc.*

3