IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **GLENN HEAGERTY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.** |
| | ) | |
| v. | ) | **1:18-cv-01233-CAP-CMS** |
| | ) | |
| **EQUIFAX INFORMATION** | ) | |
| **SERVICES LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### JOINT MOTION FOR LIMITED EXTENSION OF DISCOVERY DEADLINE FOR SPECIFIC MATTERS

Plaintiff, Glenn Heagerty, and Defendant, Equifax Information Services LLC ("Equifax"), by counsel, respectfully request a 30-day extension of the discovery deadline for two specific matters: (1) the deposition of Plaintiff's wife; and (2) any motion to compel that Plaintiff may desire to file on the issue of documents related to Equifax's purported request to NCTUE to cease certain practices. As grounds for this motion, the parties show that Plaintiff's wife, a non-party, was originally scheduled to be deposed within the current discovery period, but asked to move her deposition date to March 14 due to an unexpected personal matter. Her deposition is currently set for that date.

Further, the parties have a single potential discovery dispute that recently materialized and which they are working to resolve through the meet and confer process. In the event the parties are not able to resolve the matter, Plaintiff intends to file a motion to compel. The parties have agreed to request a 30-day extension of any deadline for this motion should it become necessary for the Court to resolve the dispute.

Accordingly, the parties request that the discovery deadline be extended through April 8, 2019 for these limited purposes only.

Respectfully submitted this 7th day of March, 2019.

        KING & SPALDING LLP

        By: /s/ Kendall W. Carter
        Kendall W. Carter (Ga. Bar No. 114556)
        N. Charles Campbell (Ga. Bar No. 210929)
        1180 Peachtree Street N.E.
        Atlanta, Georgia  30309-3521
        Tel:  (404) 572-4600
        Fax:  (404) 572-5100
        Email:  kcarter@kslaw.com
        Email: ccampbell@kslaw.com
        *Attorneys for Equifax Information Services LLC*

                          MCRAE BERTSCHI & COLE, LLC

                          */s/     Craig Edward Bertschi*
                          Charles Jackson Cole
                          Craig Edward Bertschi
                          1350 Center Drive, Suite 200
                          Dunwoody, GA 30338
                          Tel: 678-999-1105
                          Fax: 404-525-4347
                          Email: cjc@mcraebertschi.com
                          Email: ceb@mcraebertschi.com
                          *Attorneys for Plaintiff*

## **ORDER**

      GOOD CAUSE APPEARING THEREFORE,
IT IS SO ORDERED.

Dated: _____                      _____
                                               Judge, United States District Court

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to:

Charles Jackson Cole
Craig Edward Bertschi
McRae Bertschi & Cole, LLC
Suite 200
1350 Center Drive
Dunwoody, GA 30338

/s/ *Kendall Carter*
Kendall W. Carter
Attorney for Equifax Information
Services LLC