IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GLENN HEAGERTY,

    Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES LLC, and NATIONAL
CONSUMER TELECOM &
UTILITIES EXCHANGE, INC.,

    Defendants.

CIVIL ACTION FILE NO.

1:18-CV-01233-CAP-CMS

## **ORDER**

This matter is before the Court on Plaintiff's and Defendant Equifax Information Services LLC's joint motion for an extension of the discovery deadline for the limited purposes described in the motion. [Doc. 44]. For the reasons discussed in the motion, these parties request a 30-day extension of the current March 8, 2019 discovery deadline.

After due consideration, the motion is **GRANTED** and applies to all parties in this litigation. The discovery period is hereby extended to April 8, 2019 for the limited purpose of taking the deposition of Plaintiff's wife. With regard to any remaining unresolved discovery disputes, the parties must comply with the procedures set out in

this Court's Scheduling Order issued on June 6, 2018 and bring any discovery disputes to my attention no later than April 8, 2019. [Doc. 23].

**IT IS SO ORDERED**, this 8th day of March, 2019.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)