# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| GLENN HEAGERTY, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| | ) |
| v. | ) 1:18-cv-01233-CAP-CMS |
| | ) |
| EQUIFAX INFORMATION | ) |
| SERVICES LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL

Plaintiff and Defendants, by counsel, respectfully request an extension through and including April 12, 2019 within which Plaintiff may file a motion to compel related to documents, if any, reflecting certain "cease and desist" materials that may be in the possession of Defendants. As grounds for this motion, the parties show that they have been working together to resolve this issue without the Court's intervention, but several persons needed to bring the matter to closure have been out of the office for spring break and other matters. Equifax is still reviewing its records for any responsive material, but the parties anticipate that the issue will be concluded this week such that Plaintiff will know whether or not he desires to file a motion to compel.

Accordingly, the parties request that the discovery deadline be extended through April 12, 2019 for this limited purpose only.

Respectfully submitted this 8th day of April, 2019.

                                        KING & SPALDING LLP

                                      By: */s/ John Anthony Love*
                                      John Anthony Love (Ga. Bar No. 459155)
                                      N. Charles Campbell (Ga. Bar No. 210929)
                                      1180 Peachtree Street N.E.
                                      Atlanta, Georgia 30309-3521
                                      Tel: (404) 572-4600
                                      Fax: (404) 572-5100
                                      Email: tlove@kslaw.com
                                      Email: ccampbell@kslaw.com
                                      *Attorneys for Equifax Information Services LLC*

                                      Kendall W. Carter (Ga. Bar No. 114556)
                                      King & Spalding, LLP
                                      1180 Peachtree Street, NE
                                      38th Floor
                                      Atlanta, GA 30309-3521
                                      404-572-2495
                                      Email: kcarter@kslaw.com
                                      *Attorneys for National Consumer Telecom & Utilities Exchange, Inc.*

MCRAE BERTSCHI & COLE, LLC

*/s/     Craig Edward Bertschi*
Charles Jackson Cole
Craig Edward Bertschi
1350 Center Drive, Suite 200
Dunwoody, GA 30338
Tel: 678-999-1105
Fax: 404-525-4347
Email: cjc@mcraebertschi.com
Email: ceb@mcraebertschi.com
*Attorneys for Plaintiff*

## **ORDER**

GOOD CAUSE APPEARING THEREFORE,
IT IS SO ORDERED.

Dated: _____          _____
                               Judge, United States District Court

# CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to:

Charles Jackson Cole
Craig Edward Bertschi
McRae Bertschi & Cole, LLC
Suite 200
1350 Center Drive
Dunwoody, GA 30338

/s/ *John Anthony Love*
John Anthony Love
*Attorney for Equifax Information Services LLC*