IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENN HEAGERTY,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, and NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>1:18-CV-01233-CAP-CMS |

## **ORDER**

This matter is before the Court on the parties' joint motion for an extension of the discovery deadline to and through April 12, 2019. [Doc. 46].

After due consideration, the motion [Doc. 46] is **GRANTED**. The extended discovery period now ends on April 12, 2019. However, as noted in my recent order dated March 8, 2019 [Doc. 45] and as set forth in this Court's Scheduling Order issued on June 6, 2018 [Doc. 23 at 3], "no party may file a motion to compel ... arising out of a discovery dispute without first obtaining the Court's permission." [Id.]. Instead, if a party is unable to informally resolve a discovery dispute after conferring with the

opposing party, that party should contact the Court's courtroom deputy, Ms. Angela Smith, and request a conference with the Court. [Doc. 23 at 2].

Accordingly, if, during this extension period, the parties are unable to resolve the discovery matter that is the subject of the parties' joint motion, Plaintiff's counsel should contact my chambers to set up a teleconference with me. No motions to compel may be filed absent the Court's prior permission.

**IT IS SO ORDERED**, this 10th day of April, 2019.

CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)