IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GLENN HEAGERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 1:18-cv-01233-CAP-CMS |
| EQUIFAX INFORMATION | ) | |
| SERVICES LLC and NATIONAL | ) | |
| CONSUMER TELECOM & | ) | |
| UTILITIES EXCHANGE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING THE TRANSCRIPTS OF AND EXHIBITS TO THE DEPOSITIONS OF CELESTINA GOBIN, LISA WILLIS AND ALAN MOORE**

Pursuant to the Court's Scheduling Order of June 6, 2018, Plaintiff Glenn Heagerty hereby gives notice that he is, concurrently herewith, filing the transcripts of the Depositions of Celestina Gobin, Lisa Willis and Alan Moore and Plaintiff's Deposition Exhibits 1-54. The foregoing materials are being filed as provisionally sealed, for reasons explained in the Joint Motion for Leave to File the Transcripts of and Exhibits to the Depositions of Celestina Gobin, Lisa Willis and Alan Moore Under Seal.

This 13th day of May, 2019.

| | |
|---|---|
| **MCRAE BERTSCHI & COLE LLC**<br>Suite 200, 1350 Center Drive<br>Dunwoody, Georgia 30338<br><br>*Counsel for Plaintiff* | */s/ Craig E. Bertschi*<br>Craig E. Bertschi<br>Georgia Bar No. 055739<br>ceb@mcraebertschi.com<br>678.999.1102<br><br>Charles J. Cole<br>Georgia Bar No. 176704<br>cjc@mcraebertschi.com<br>678.999.1105 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GLENN HEAGERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 1:18-cv-01233-CAP-CMS |
| EQUIFAX INFORMATION | ) | |
| SERVICES LLC and NATIONAL | ) | |
| CONSUMER TELECOM & | ) | |
| UTILITIES EXCHANGE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document in the captioned case using the Court's ECF electronic filing system, which will generate a Notice of Electronic Filing and which constitutes sufficient service under Local Rule 5.1A(3).

This 13th day of May, 2019.

*/s/ Craig E. Bertschi*
Craig E. Bertschi