IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GLENN HEAGERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 1:18-cv-01233-CAP-CMS |
| EQUIFAX INFORMATION | ) | |
| SERVICES LLC and NATIONAL | ) | |
| CONSUMER TELECOM & | ) | |
| UTILITIES EXCHANGE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER SEALING THE TRANSCRIPTS OF AND EXHIBITS TO THE
DEPOSITIONS OF CELESTINA GOBIN, LISA WILLIS, ALAN MOORE,
AND GLENN HEAGERTY AND THE DECLARATION OF ALAN MOORE**

The Court has read and considered the parties' Joint Motion for Leave to
File the Transcripts of and Exhibits to the Depositions of Celestina Gobin, Lisa
Willis, Alan Moore, and Glenn Heagerty and Declaration of Alan Moore Under
Seal. For good cause shown, that Motion is hereby GRANTED. The Clerk of Court
is ordered to accept for filing, under seal, the transcripts of the Depositions of
Celestina Gobin, Lisa Willis, Alan Moore, and Glenn Heagerty and all Exhibits
thereto along with the declaration of Alan Moore.

This 20th day of May, 2019.

_____
CATHERINE M. SALINAS
UNITED   STATES   MAGISTRATE   JUDGE