IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENN HEAGERTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 1:18-cv-01233-CAP-CMS |
| EQUIFAX INFORMATION ) | |
| SERVICES LLC and NATIONAL ) | |
| CONSUMER TELECOM & ) | |
| UTILITIES EXCHANGE, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING THE JOINT MOTION TO EXTEND
THE TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT**

The Court has read and considered the Parties' Joint Motion for Extension of Time to Respond to Motions for Summary Judgment. For good cause shown, that Motion is hereby GRANTED. The time for the Parties to respond to the pending Motions for Summary Judgment [Docket Nos. 48 and 53] is hereby extended through and including June 17, 2019.

This 23rd day of May, 2019.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE