# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| GLENN HEAGERTY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | 1:18-cv-01233-CAP-CMS |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, et al., | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE OF N. CHARLES CAMPBELL ON BEHALF OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC**

PLEASE TAKE NOTICE THAT N. Charles Campbell, of the firm King & Spalding LLP, hereby enters his appearance as counsel of record on behalf of Defendant Equifax Information Services LLC.

Respectfully submitted this 7th day of June, 2019.

    KING & SPALDING LLP

    By: /s/ *N. Charles Campbell*
    N. Charles Campbell (Ga. Bar No. 210929)
    1180 Peachtree Street N.E.
    Atlanta, Georgia 30309-3521
    Tel: (404) 572-4600
    Fax: (404) 572-5100
    Email: ccampbell@kslaw.com
    *Attorneys for Defendants Equifax Information Services LLC and NCTUE*