# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| GLENN HEAGERTY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | |
| v. ) | 1:18-cv-01233-CAP-CMS |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES LLC and NATIONAL ) | |
| CONSUMER TELECOM & ) | |
| UTILITIES EXCHANGE, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER SEALING THE DECLARATION OF ALAN MOORE AND THE DEPOSITION ERRATA SHEET OF ALAN MOORE

The Court has read and considered the Joint Motion for Leave to File the Deposition Errata Sheet of Alan Moore and the Declaration of Alan Moore Under Seal. For good cause shown, that Motion is hereby GRANTED. The Clerk of Court is ordered to accept for filing, under seal, the Deposition Errata Sheet of Alan Moore and the Declaration of Alan Moore.

This 20th day of June, 2019.

*/s/ Catherine Salinas*

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE

1