IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GLENN HEAGERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 1:18-cv-01233-CAP-CMS |
| EQUIFAX INFORMATION | ) | |
| SERVICES LLC and NATIONAL | ) | |
| CONSUMER TELECOM & | ) | |
| UTILITIES EXCHANGE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The Court has read and considered the Parties' Joint Motion for Extension of Time to File Reply Briefs in Support of Motions for Summary Judgment. [Doc. 69]. For good cause shown, that Motion is hereby GRANTED. The time for the Parties to file reply briefs is hereby extended through and including July 3, 2019.

This 24th day of June, 2019.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE