# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| GLENN HEAGERTY,            ) | |
| )| |
| Plaintiff,          ) | Civil Action No. |
| ) | |
| v.                                     ) | 1:18-cv-01233-CAP-CMS |
| ) | |
| EQUIFAX INFORMATION       ) | |
| SERVICES LLC and NATIONAL ) | |
| CONSUMER TELECOM &       ) | |
| UTILITIES EXCHANGE, INC.,    ) | |
| ) | |
| Defendants.          ) | |

## JOINT MOTION TO STAY CASE PENDING MEDIATION

Plaintiff Glenn Heagerty and Defendants, National Consumer Telecom & Utilities Exchange, Inc., ("NCTUE") and Equifax Information Services LLC ("Equifax") (collectively referred to herein as "Defendants"), submit this Joint Motion to Stay Case Pending Mediation and show as follows:

1. The parties are currently engaged in settlement negotiations and have exchanged offers and demands.

2. The parties have scheduled a mediation for March 27, 2020, with Wayne Thorpe, should they be unable to resolve the claims informally before that date.

3.      The parties request that the Court stay the case through April 1, 2020 so that they may continue their settlement negotiations and, if necessary, proceed with the scheduled mediation.

4.      The parties respectfully submit that the limited requested stay is in the best interests of all involved because a resolution of the case at this stage will avoid the need for additional time, burden and expense to the parties and the Court.

WHEREFORE, the parties respectfully request that this motion be granted.

         KING & SPALDING LLP

         By: /s/ *J. Anthony Love*
         J. Anthony Love (Ga. Bar No. 459155)
         1180 Peachtree Street N.E.
         Atlanta, Georgia 30309-3521
         Tel: (404) 572-4600
         Fax: (404) 572-5100
         Email: tlove@kslaw.com
         *Attorneys for Defendant Equifax Information Services LLC and National Consumer Telecom & Utilities Exchange, Inc.*

MCRAE BERTSCHI & COLE LLC

*/s/ Craig E. Bertschi* (w/ permission)
Craig E. Bertschi
Georgia Bar No. 055739
Charles J. Cole
Ga. Bar No. 176704
1350 Center Drive
Suite 200
Dunwoody, Georgia 30338
Tel: (678) 999-1100
ceb@mcraebertschi.com
cjc@mcraebertschi.com
*Attorneys for Plaintiff Glenn Heagerty*

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that 14-point New Times Roman was used for this Motion and that it has been formatted in compliance with Local Rule 5.1.

This 18th day of March 2020.

*/s/ J. Anthony Love*
J. Anthony Love