IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **GLENN HEAGERTY,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | |
| v. ) | 1:18-cv-01233-CAP-CMS |
| ) | |
| **EQUIFAX INFORMATION** ) | |
| **SERVICES LLC and NATIONAL** ) | |
| **CONSUMER TELECOM &** ) | |
| **UTILITIES EXCHANGE, INC.,** ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER
## GRANTING JOINT MOTION TO STAY CASE PENDING MEDIATION

THE COURT, having reviewed Plaintiff Glenn Heagerty and Defendants' Equifax Information Services LLC and National Consumer Telecom & Utilities Exchange, Inc.'s Joint Motion to Stay Case Pending Mediation ("the Motion"), and being fully advised in the premises and good cause shown therefore, HEREBY

ORDERS that the Motion shall be and is hereby GRANTED. The stay of this action's pretrial deadlines and the deadline for the parties to complete mediation shall be and is hereby extended to through and including April 1, 2020.

SO ORDERED THIS _____ day of March, 2020.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE