IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENN HEAGERTY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EQUIFAX INFORMATION SERVICES ) <br> LLC and NATIONAL CONSUMER ) <br> TELECOM & UTILITIES EXCHANGE, ) <br> INC., ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO. <br> 1:18-cv-01233-CAP-CMS |

## JOINT STATUS REPORT

In response to the Court's Order of March 19, 2020, the Parties hereby report that the case has been settled. The Parties are preparing settlement documents and will file a Stipulation of Dismissal with Prejudice on or before April 30, 2020.

This 31st day of March, 2020.

| | |
|---|---|
| */s/ Craig E. Bertschi* <br> Craig E. Bertschi <br> Georgia Bar No. 055739 <br> ceb@mcraebertschi.com <br> 678.999.1102 <br><br> **MCRAE BERTSCHI & COLE LLC** <br> Suite 200, 1350 Center Drive <br> Dunwoody, Georgia 30338 <br><br> *Counsel for Plaintiff* | KING & SPALDING, LLP <br><br> By: */s/ J. Anthony Love* <br> J. Anthony Love (Ga. Bar No. 459155) <br> 1180 Peachtree Street N.E. <br> Atlanta, Georgia 30309-3521 <br> Tel: (404) 572-4600 <br> Email: tlove@kslaw.com <br><br> *Attorneys for Defendant Equifax Information Services LLC and National Consumer Telecom & Utilities Exchange, Inc.* |