IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GLENN HEAGERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 1:18-cv-01233-CAP-CMS |
| EQUIFAX INFORMATION SERVICES | ) | |
| LLC and NATIONAL CONSUMER | ) | |
| TELECOM & UTILITIES EXCHANGE, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Glenn Heagerty and Defendants

Equifax Information Services LLC ("Equifax") and National Consumer Telecom &

Utilities Exchange, Inc. ("NCTUE") hereby stipulate to the dismissal, with

prejudice, of all claims asserted in the captioned case. Plaintiff and Defendants

shall each bear their own costs and attorneys fees.

Respectfully submitted, this 30th day of April, 2020.


[Signatures appear on the next page]

/s/ Craig E. Bertschi
Craig E. Bertschi
Georgia Bar No. 055739
678.999.1102
ceb@mcraebertschi.com

**MCRAE BERTSCHI & COLE LLC**
Suite 200, 1350 Center Drive
Dunwoody, Georgia 30338

*Counsel for Plaintiff*

KING & SPALDING LLP

By: /s/ J. Anthony Love
J. Anthony Love (Ga. Bar No. 459155)
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: tlove@kslaw.com

*Attorney for Defendants*